# United States Court of Appeals
## *For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

December 02, 2022

Mr. A.C. Jackson
FEDERAL CORRECTIONAL INSTITUTION
40812-044
Petersburg Low
P.O. Box 1000
Petersburg, VA  23804-0000

RE:  22-3413  A.C. Jackson v. United States

Dear Mr. Jackson:

Enclosed is a copy of the dispositive order entered today in the referenced case.

Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing <u>must</u> be received by the clerk's office within the time set by FRAP 40 in cases where the United States or an officer or agency thereof is a party (within 45 days of entry of judgment). Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. Pro se petitions for rehearing are not afforded a grace period for mailing and are subject to being denied if not timely received.

Michael E. Gans
Clerk of Court

NDG

Enclosure(s)

cc:    Mr. Gregory J. Linhares
       Mr. Christopher Shelton

District Court/Agency Case Number(s):   1:22-cv-00148-SNLJ

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

_____

No: 22-3413
_____

A.C. Jackson

Petitioner - Appellant

v.

United States of America

Respondent - Appellee

_____

Appeal from U.S. District Court for the Eastern District of Missouri - Cape Girardeau
(1:22-cv-00148-SNLJ)
_____

**JUDGMENT**

Before ERICKSON, MELLOY, and STRAS, Circuit Judges.

This appeal comes before the court on appellant's application for a certificate of appealability. The court has carefully reviewed the original file of the district court, and the application for a certificate of appealability is denied.  The appeal is dismissed.

December 02, 2022

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____

/s/ Michael E. Gans